# ALABAMA COURT OF CRIMINAL APPEALS



October 4, 2024

**CR-2022-1130**
James W. Campbell v. State of Alabama (Appeal from Geneva Circuit Court: CC-15-215.60)

## <u>NOTICE</u>

You are hereby notified that on October 4, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk